UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| WILLIAM SCHNEIDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-CV-00447-JRG-DCP |
| | ) | |
| THOMAS KELLY, TOSHIA RIDENOUR, JEFF BEARD, and DARIUS YOUNG, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, Defendants Kelly, Ridenour, and Beard's motion for summary judgment [Doc. 44] is **GRANTED**, Defendant Young is **DISMISSED without prejudice**, and this pro se prisoner's complaint for violation of § 1983 is **DISMISSED without prejudice** due to Plaintiff's failure to exhaust his administrative remedies for the incident underlying his complaint prior to filing this action.

Because the Court **CERTIFIED** in the memorandum opinion that any appeal taken from this decision would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close this case.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:


    s/ *John L. Medearis*
    District Court Clerk